91 F.3d 153w
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Shirley McCLURE; Jason McClure, Plaintiffs-Appellees,
v.
CITY OF LONG BEACH, Defendant,
and
Jeffrey Kellogg; Raymond Grabinski; Eugene J. Zeller;
Clifford Ashton; William Gatoff; Martin
Deangelo; Harold Liddicoat; Mark
Sutton, Defendants-Appellants.
 No. 94-56772.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Nov. 16, 1995.
Decided June 28, 1996.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION